**FULTON FOUNDRY & MACHINERY COMPANY, Petitioner,**
v.
**COMMISSIONER OF INTERNAL REVENUE, Respondent.**
No. 13108.

United States Court of Appeals
Sixth Circuit.
Oct. 26, 1957.

James C. Herndon, of Sheck, Herndon & Sheck, Akron, Ohio, for petitioner.

Charles K. Rice, John Potts Barnes, Lee A. Jackson, Herman T. Reiling, Claude R. Marshall, Ellis N. Slack, Hilbert P. Zarky and David O. Walter, Department of Justice, Washington, D. C., for respondent.

Before SIMONS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

On petition of the taxpayer, we have reviewed the decision of the Tax Court of the United States holding deficiencies in income tax of the petitioner for its fiscal years 1950 and 1951; and upon the basis of the findings of fact of the tax court, which are supported by substantial evidence and are not clearly erroneous, and for the reasons stated in its opinion reported in 26 T.C. 953, the decision of the tax court is affirmed.

**NATIONAL BANK OF DETROIT, Appellant,**
v.
**WAYNE OAKLAND BANK, Appellee.**

**Ray M. GIDNEY, Comptroller of the Currency, Appellant,**
v.
**WAYNE OAKLAND BANK, Appellee.**
Nos. 13209, 13210.

United States Court of Appeals
Sixth Circuit.
Oct. 31, 1957.

Dickinson, Wright, Davis, McKean & Cudlip, Detroit, Mich., for appellant.

Hill, Lewis, Andres, Granse, Goodrich & Adams, Detroit, Mich., Brownell, Gault & Andrews, Flint, Mich., for appellee.

John G. Laughlin, Atty. Dept. of Justice, Washington, D. C. (George Cochran Doub, Asst. Atty. Gen., Fred W. Kaess, U. S. Atty., Detroit, Mich., and Melvin Richter, Atty. Dept. of Justice, Washington, D. C., on the brief), for Comptroller of Currency.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is hereby ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed for the reasons set forth in the findings of fact and conclusions of law of Judge Lederle.